# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ARLENE VOSS  
1975 W. RIVERSIDE BLVD., #101    SSN-xxx-xx-4548  
ROCKFORD, IL  61103  

Case Number: 04-71840

Case filed on: 4/6/2004  
Plan Confirmed on: 6/14/2004  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,325.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | ARLENE VOSS | 0.00 | 0.00 | 187.83 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 187.83 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 4,500.00 | 4,500.00 | 4,500.00 | 1,716.06 |
|  | Total Secured | 4,500.00 | 4,500.00 | 4,500.00 | 1,716.06 |
| 001 | KISHWAUKEE AUTO CORRAL | 691.24 | 0.00 | 0.00 | 0.00 |
| 002 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CFC FINANCIAL LLC | 194.66 | 0.00 | 0.00 | 0.00 |
| 004 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT PLUS COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MCCOY M DEBORAH D | 1,000.71 | 0.00 | 0.00 | 0.00 |
| 009 | MONEY CONTROL INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 86.00 | 0.00 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 602.64 | 0.00 | 0.00 | 0.00 |
| 013 | RCS CENTRE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 4,615.67 | 0.00 | 0.00 | 0.00 |
| 015 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,190.92 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 13,054.92 | 5,864.00 | 6,051.83 | 1,716.06 |

Total Paid Claimant:  $7,767.89  
Trustee Allowance:  $557.11  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009         By  /s/Heather M. Fagan